**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-6181

RALPH ANTHONY DIAZ, SR.,

Plaintiff - Appellant,

versus

WASHINGTON COUNTY DETENTION CENTER; FIRST
SERGEANT BLAIR; D. LOGAN, Deputy; SERGEANT
WEICHT; SERGEANT WHITTINGTON,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
00-2179-S)

Submitted: April 27, 2001          Decided: May 4, 2001

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

Affirmed by unpublished per curiam opinion.

Ralph Anthony Diaz, Sr., Appellant Pro Se. Michael Gerard Comeau,
John Trahey Beamer, II, LAW OFFICES OF MICHAEL G. COMEAU, Balti-
more, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ralph Anthony Diaz, Sr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Diaz v. Washington County Detention Ctr., No. CA-00-2179-S (D. Md. filed Jan. 9, 2001; entered Jan. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED